UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>　　　　Debtor. | **District Court Case No. 1:24-cv-00974-KES**<br><br>Bankr. Court Case No. 23-10457<br><br>Adv. Proc. No. 23-01024 |
| ANTONIO RUBIO, on behalf of himself and those similarly situated,<br><br>　　　　Appellant,<br><br>　v.<br><br>MADERA COMMUNITY HOSPITAL,<br><br>　　　　Appellee. | **ORDER ON STIPULATION TO MODIFY BRIEFING SCHEDULE IN BANKRUPTCY APPEAL** |

- 1 -

**<u>ORDER</u>**

Good cause appearing, IT IS ORDERED as stipulated by the parties:

1. Appellant Antonio Rubio's opening brief shall be due no later than November 4, 2024.

2. Appellee Nicholas Rubin, Liquidation Trustee of the MCH Liquidation Trust on behalf of Madera Community Hospital's brief shall be due no later than December 18, 2024.

IT IS SO ORDERED.

Dated: October 21, 2024

UNITED STATES DISTRICT JUDGE