| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor. | Bankr. Case No. 23-10457<br><br>Adv. Proc. No. 23-01024 |
| ANTONIO RUBIO, on behalf of himself and those similarly situated,<br>Appellant,<br>v.<br>MADERA COMMUNITY HOSPITAL,<br>Appellee. | E.D. Cal. Case 1:24-cv-00974-KES<br><br>**ORDER ON STIPULATION TO MODIFY BRIEFING SCHEDULE IN BANKRUPTCY APPEAL** |

# **ORDER**

Good cause appearing, IT IS ORDERED as stipulated by the parties:

1. The brief of Appellee Nicholas Rubin, Liquidation Trustee of the MCH Liquidation Trust on behalf of Madera Community Hospital, shall be due no later than January 7, 2025.

2. The reply brief of Appellant Antonio Rubio shall be due on January 22, 2025.

IT IS SO ORDERED.

Dated:   December 12, 2024

UNITED STATES DISTRICT JUDGE