1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re: | |
| MADERA COMMUNITY HOSPITAL, | Bankr. Case No. 23-10457 |
| Debtor. | Adv. Proc. No. 23-01024 |
| ANTONIO RUBIO, on behalf of himself and those similarly situated, | E.D. Cal. Case 1:24-cv-00974-KES |
| Appellant, | **ORDER ON STIPULATION FOR THIRTY DAY STAY OF BANKRUPTCY APPEAL** |
| v. | |
| MADERA COMMUNITY HOSPITAL, | |
| Appellee. | |

- 1 -

# **ORDER**

Good cause appearing, IT IS ORDERED as stipulated by the parties:

1. All proceedings in this Court shall be stayed for all purposes for thirty days, until February 19, 2025, to allow the parties to facilitate early resolution of this case.

2. The parties may, upon further stipulation, seek to extend the stay to continue to facilitate early resolution or mediation.

3. Upon expiration of the stay, all proceedings, including the merits briefing schedule, shall immediately resume. Plaintiff shall file his reply brief within 7 days of the expiration of the stay.

IT IS SO ORDERED.

Dated: January 22, 2025

UNITED STATES DISTRICT JUDGE