1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

16 | In re:
17 | MADERA COMMUNITY HOSPITAL, | Bankr. Case No. 23-10457
18 | Debtor. | Adv. Proc. No. 23-01024
19 | ANTONIO RUBIO, on behalf of himself and those similarly situated, | E.D. Cal. Case 1:24-cv-00974-KES
20 | Appellant, | **ORDER ON STIPULATION FOR EXTENSION OF THIRTY DAY STAY OF BANKRUPTCY APPEAL**
21 | v.
22 | MADERA COMMUNITY HOSPITAL,
23 | Appellee.

- 1 -

## **ORDER**

Good cause appearing, IT IS ORDERED as stipulated by the parties:

1. All proceedings in this appeal shall be stayed for all purposes for thirty days, until March 19, 2025, to allow the parties to continue to facilitate early resolution of this case.

2. The parties may, upon further stipulation, seek to extend the stay to continue to facilitate early resolution or mediation.

3. Upon expiration of the stay, all proceedings, including the merits briefing schedule, shall immediately resume. Plaintiff shall file his reply brief within 7 days of the expiration of the stay.

IT IS SO ORDERED.

Dated:   February 19, 2025

_____
UNITED STATES DISTRICT JUDGE