UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re: | E.D. Cal. Case 1:24-cv-00974-KES |
| MADERA COMMUNITY HOSPITAL, | Bankr. Case No. 23-10457 |
| Debtor. | Adv. Proc. No. 23-01024 |
| ANTONIO RUBIO, on behalf of himself and those similarly situated, | |
| Appellant, | **ORDER ON STIPULATION FOR EXTENSION OF STAY OF BANKRUPTCY APPEAL** |
| v. | |
| MADERA COMMUNITY HOSPITAL, | |
| Appellee. | |

- 1 -

**<u>ORDER</u>**

Good cause appearing, IT IS ORDERED as stipulated by the parties:

1. All proceedings in this Court shall be stayed for all purposes until May 13, 2025, to allow the parties to facilitate early resolution of this case.

2. Upon expiration of the stay, all proceedings, including the merits briefing schedule, shall immediately resume. Plaintiff shall file his reply brief within 7 days of the expiration of the stay.

IT IS SO ORDERED.

Dated:   March 19, 2025

_____
UNITED STATES DISTRICT JUDGE