1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re:

MADERA COMMUNITY HOSPITAL,

              Debtor.

ANTONIO RUBIO, on behalf of himself
and those similarly situated,

              Appellant,

      v.

MADERA COMMUNITY HOSPITAL,

              Appellee.

Bankr. Case No. 23-10457

Adv. Proc. No. 23-01024

**E.D. Cal. Case 1:24-cv-00974-KES**

**ORDER ON STIPULATION FOR
EXTENSION OF STAY OF
BANKRUPTCY APPEAL**

- 1 -

ORDER ON STIPULATION FOR EXTENSION OF STAY OF BANKRUPTCY APPEAL

1

**ORDER**

2      Good cause appearing, IT IS ORDERED as stipulated by the parties:

3      1.    All proceedings in this Court shall be stayed for all purposes until June 27, 2025, to

4  allow the parties to facilitate early resolution of this case.

5      2.    Upon expiration of the stay, the parties shall file a status report with the Court or

6  dismiss the appeal to facilitate settlement approval proceedings in the bankruptcy court.

7

8

9  IT IS SO ORDERED.

10     Dated:   May 14, 2025

_____
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON STIPULATION FOR EXTENSION OF STAY OF BANKRUPTCY APPEAL