UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re: | |
| MADERA COMMUNITY HOSPITAL, | Bankr. Case No. 23-10457 |
| Debtor. | Adv. Proc. No. 23-01024 |
| ANTONIO RUBIO, on behalf of himself and those similarly situated, | E.D. Cal. Case 1:24-cv-00974-KES |
| Appellant, | **ORDER ON STIPULATION TO EXTEND STAY OF BANKRUPTCY APPEAL** |
| v. | |
| MADERA COMMUNITY HOSPITAL, | |
| Appellee. | |

- 1 -

**ORDER**

Good cause appearing, IT IS ORDERED as stipulated by the parties:

1. All proceedings in this Court shall be stayed for all purposes until August 13, 2025, to allow the parties to facilitate early resolution of this case.

2. Upon expiration of the stay, the parties shall file a status report with the Court or dismiss the appeal to facilitate settlement approval proceedings in the bankruptcy court.

IT IS SO ORDERED.

Dated:   June 27, 2025

UNITED STATES DISTRICT JUDGE