UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>                Debtor.<br>ANTONIO RUBIO, on behalf of himself and those similarly situated,<br><br>                Appellant,<br><br>   v.<br><br>MADERA COMMUNITY HOSPITAL,<br><br>                Appellee. | Bankr. Case No. 23-10457<br><br>Adv. Proc. No. 23-01024<br><br>E.D. Cal. Case 1:24-cv-00974-KES<br><br>**ORDER ON STIPULATION TO EXTEND STAY OF BANKRUPTCY APPEAL** |

**ORDER**

Good cause appearing, IT IS ORDERED as stipulated by the parties:

1. All proceedings in this Court shall be stayed for all purposes through November 11, 2025, to allow the parties to facilitate early resolution of this case.

2. Appellant shall file an initial status report with the Court by no later than August 26, 2025 to inform the Court as to whether a motion seeking approval of the proposed settlement (the "Approval Motion") has been filed with the Bankruptcy Court.

3. Either party may file a request to lift the stay of this appeal prior to November 11, 2025 if either (a) the Approval Motion has not been filed with the Bankruptcy Court by August 25, 2025 or (b) the Bankruptcy Court has issued an order denying approval of the proposed settlement.

4. Upon expiration of the stay, Appellant shall file a second status report with the Court or dismiss the appeal to facilitate settlement approval proceedings in the Bankruptcy Court.

IT IS SO ORDERED.

Dated:   August 14, 2025

UNITED STATES DISTRICT JUDGE