UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor. | Bankr. Case No. 23-10457<br><br>Adv. Proc. 23-01024<br><br>**E.D. Cal. Case 1:24-cv-00974-KES** |
| ANTONIO RUBIO, on behalf of himself and those similarly situated,<br><br>Appellant,<br><br>v.<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Appellee. | **ORDER TO EXTEND<br>STAY OF BANKRUPTCY APPEAL** |

- 1 -

ORDER TO EXTEND STAY OF BANKRUPTCY APPEAL

**ORDER**

On November 19, 2025, appellant filed a status report and request to extend the stay of proceedings in this bankruptcy appeal. Doc. 25. Good cause appearing, IT IS ORDERED:

1. All proceedings in this Court shall be stayed for all purposes through January 10, 2026, to allow the parties to complete the settlement-approval process in the Bankruptcy Court, including consideration of the Motion for Preliminary Approval filed on September 4, 2025 (Bankr. Dkt. No. 2203), the Bankruptcy Court's September 22, 2025 order granting that motion (Bankr. Dkt. No. 2222), and the Motion for Compensation (Bankr. Adv. Dkt. No. 186) and Motion for Final Approval of Settlement (Bankr. Adv. Dkt. No. 188) filed on November 17, 2025.

2. Appellant shall file a status report with this Court on or before January 10, 2026, advising the Court of the status of the Bankruptcy Court proceedings on the pending motions and whether further proceedings in this appeal are necessary.

3. Either party may file a request to lift the stay of this appeal prior to January 10, 2026, if the Bankruptcy Court denies approval of the settlement or the Motion for Compensation, or if any development occurs that materially affects the basis for continuation of the stay.

4. Upon expiration of the stay, Appellant shall file either a further status report or an appropriate request to dismiss or otherwise resolve the appeal in light of the Bankruptcy Court's actions.

IT IS SO ORDERED.

Dated:   November 19, 2025

_____
UNITED STATES DISTRICT JUDGE